IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20-03021-01-CR-S-MDH |
| ) | |
| KELTON REEVES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's *Pro Se* Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Defendant was sentenced on November 9, 2021 to 108 months imprisonment following a guilty plea for conspiracy to distribute marihuana and alprazolam, in violation of 18 U.S.C. §§ 841(a)(1), (b)(1)(C), (b)(1)(D), (b)(2), and 846, and possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c). Under 18 U.S.C. § 3582(c)(2), a court may reduce a previously-imposed sentence for a "defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C.A. § 3582. In 2023, the Sentencing Commission promulgated Amendment 821, which, in relevant part, allows for a reduction in offense level for certain offenders who lack criminal history points at the time of sentencing. USSG § 4C1.1. In the present case, Defendant is ineligible for modification under this amendment, as Defendant was found to have used a firearm in connection with the underlying offense and because his sentence was enhanced under §3B1.1. For these reasons, Defendant's Motion is **DENIED**.

1

Case 6:20-cr-03021-MDH   Document 147   Filed 05/29/24   Page 1 of 2

**IT IS SO ORDERED**.

DATED: May 29, 2024 */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**